```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:03cr219-F |
| | ) | |
| KEVIN TURNER | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on February 6, 2004, this Court entered a Preliminary Order of Forfeiture, ordering defendant Kevin Turner to forfeit:

> One AMB Central Processing Unit, on wheels with keyboard and mouse, containing two hard drives, more fully identified as follows:
>
> Fujitsu hard drive, model MPD3108AT, serial number 05019078;
>
> Fujitsu hard drive, model MPD3108AT, serial number 05019079;
>
> CTX computer monitor, serial number 0X492800034; and,
>
> Memorex power center, serial number 336296.

That on January 25, 2005, this Court entered a Corrected Preliminary Order of Forfeiture to correct an administrative typing error reversing two figures on the hard drive seized August 2, 2000 from defendant Kevin Turner;

That the United States published in the Montgomery Advertiser newspaper notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30)

days for a hearing to adjudicate the validity of their alleged legal interest in the property;

That no timely petition has been filed; and,

That the Court finds that defendant Kevin Turner had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253. That the United States has established the requisite nexus between such in the commission of the violation of Title 18, United States Code, Section 2251 and Title 18, United States Code, Section 2252.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 2253:

> One AMB Central Processing Unit, on wheels with keyboard and mouse, containing two hard drives, more fully identified as follows:
>
> Fujitsu hard drive, model MPD3108AT, serial number 05019078;
>
> Fujitsu hard drive, model MPD3108AT, serial number 05019079;
>
> CTX computer monitor, serial number 0X492800034; and,
>
> Memorex power center, serial number 336296.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law; and,

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

IT IS FURTHER ORDERED that the Clerk of the Court shall note entry of this Order in writing on the Judgment in a Criminal Case and forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 26th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE