IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03-cr-219-MEF |
| | ) | (WO) |
| KEVIN W. TURNER | ) | |

# **O R D E R**

Upon consideration of the defendant's pro se Motion for Correctional Facility Recommendation (Doc. #107) filed on January 16, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 18th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE